JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK DOTAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENTOKIL NORTH AMERICA, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  5:20-cv-02471-VAP-KK<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**F.R.C.P RULE 41(a)(2)**<br><br>Judge:       Hon. Virginia A. Phillips<br>Courtroom:  8A (350 W. 1st Street, Los Angeles, CA 90012) |

LEGAL\59065211\1

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby GRANTS the request to dismiss this action with prejudice.

The case is closed.

**IT IS SO ORDERED.**

Dated: 8/12/22          By: *Virginia A. Phillips*
                            Hon. Virginia A. Phillips

LEGAL\59065211\1                    -1-

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE